## STEVENS V. THE STATE.

*Crime.*

APPEAL from Clay County Court.

Heard before Hon. W. J. PEARCE.

WHATLEY & CORNELIUS, for appellant.

ALEXANDER M. GARBER, Attorney-General, for the State.

McCLELLAN, J.—Reversed and rendered on the authority of Forbus v. The State, 158 Ala. 41; 48 South. 592.

SIMPSON, DENSON and MAYFIELD, JJ., concur.

---

## TENNESSEE FERTILIZER CO. V. CITY COUNCIL OF MONTGOMERY.

*Assumpsit.*

APPEAL from Montgomery City Court.

Heard before Hon. A. D. SAYRE.

STEINER, CRUM & WEIL, for appellant.

C. P. McINTYRE, for appellee.

McCLELLAN, J.—There is no error in the conclusion of the trial court. Affirmed.

DOWDELL, C. J., ANDERSON and MAYFIELD, JJ., concur.

---

## WESTERN UNION TELEGRAPH CO. V. POELLNITZ.

*Delay in Delivery of Telegram.*

APPEAL from Hale Circuit Court.

Heard before Hon. B. M. Miller.

PETTUS, JEFFRIES & PETTUS, for appellant.

DEGRAFFENRIED & EVINS, for appellee.

DENSON, J.—Affirmed on the authority of Western Union T. Co. v. Pauley, 157 Ala. 615; 47 South. 654.

TYSON, C. J., SIMPSON and McCLELLAN, JJ., concur.